UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SUNEE T.,

Petitioner,

v.

KRISTI NOEM, *Secretary, Department of Homeland Security*; TODD M. LYONS, *Acting Director, Immigration and Customs Enforcement*; and DAVID EASTERWOOD, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*,

Respondents.

Case No. 26-cv-1638 (LMP/DTS)

**ORDER**

**IT IS HEREBY ORDERED** that:

1. Respondents are directed to file an answer to Petitioner Sunee T.'s Petition for Writ of Habeas Corpus (ECF No. 1 ("Petition")) on or before **Thursday, March 5, 2026**, certifying the true cause and proper duration of Sunee T.'s confinement and showing cause why the writ should not issue in this case;

2. Respondents' answer must include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Sunee T.'s detention in light of the issues raised in his Petition;

    b. A reasoned memorandum of law and fact explaining Respondents' legal position on Sunee T.'s claims; and

      c.    Respondents' recommendation on whether an evidentiary hearing should be conducted;

3. If Sunee T. intends to file a reply to Respondents' answer, he must do so on or before **Thursday, March 12, 2026**;

4. No further submissions from the parties will be permitted except as authorized by Court order; and

5. Respondents are **ORDERED** not to move Sunee T. outside of the District of Minnesota during the pendency of these proceedings, so that Sunee T. may consult with his counsel and participate in this litigation while the Court considers his Petition.

Dated: February 26, 2026                  *s/Laura M. Provinzino*
Time: 9:40 a.m.                            Laura M. Provinzino
                                                United States District Judge