# UNITED STATES DISTRICT COURT
## District of Minnesota

Sunee Thao,

Petitioner,

v.

Kristi Noem, Todd M. Lyons, David Easterwood,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-1638 LMP/DTS

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Sunee T.'s Petition for Writ of Habeas Corpus (ECF No. 1) is **GRANTED**;
2. The Government is **ORDERED** to release Sunee T. from custody by no later than **5:00 p.m. on Friday, March 13, 2026**, subject to the conditions in his preexisting Order of Supervision (ECF No. 7-5); and
3. The Government is **ORDERED** to provide the Court with a status update concerning Sunee T.'s release by no later than **Monday, March 16, 2026**.

Date: 3/11/2026

KATE M. FOGARTY, CLERK